UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DAN SMITH,  Civil No. 09-1516-HA

    Plaintiff,  ORDER

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

HAGGERTY, District Judge:

    Plaintiff was the prevailing party in this action and his counsel seeks an award of attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Plaintiff's Motion for Award of Fees [23] is granted as follows: attorney fees in the amount of $5,616.34 is awarded to plaintiff pursuant to EAJA. Subject to offset under the Treasury Offset Program (if any), the check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

    IT IS SO ORDERED.

    DATED this  18  day of February, 2011.

                                        /s/ Ancer L. Haggerty
                                            Ancer L. Haggerty
                                      United States District Judge

1 -- ORDER